NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINDA CHUA, | No. C05-05240 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| UNDERWRITERS LABORATORIES, INC., | |
| Defendant. | |

The parties have advised that they reached a settlement of the above-captioned matter, and all pretrial and trial dates have been vacated.

**On or before December 29, 2006**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a).  If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **January 16, 2007, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a).  The parties shall file a statement in response to this Order to Show Cause **no later than January 9, 2007**.  The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is

1  filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

2  need not file a joint statement in response to this Order.

3  Dated: October 23, 2006

4  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**05-cv-05240 – A copy of this order will be mailed to**:

Dave Linn
Box 14268
Berkeley, CA 94712

    Counsel for Plaintiff

Tyler Paetkau
Jennifer Wendy Garber
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

    Counsel for Defendant

Dated:   10/23/06                           /s/ KC
                                              Chambers of Magistrate Judge Lloyd